United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMANE SMITH, | No. C 11-01634 SI |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| VISA U.S.A. INC., | |
| Defendant. | |

On July 12, 2011, the Court dismissed pro se plaintiff Charmane Smith's complaint. The Court granted plaintiff leave to file an amended complaint with regard to her breach of contract claim. The amended complaint was due to be filed on or before August 12, 2011. Plaintiff has not filed an amended complaint. Accordingly, and for the reasons stated in the Court's July 12 Order, this case is DISMISSED. Plaintiff's motion to appoint counsel and her IFP motion are DENIED as moot. (Docs. 2, 3.)

**IT IS SO ORDERED.**

Dated: August 23, 2011

SUSAN ILLSTON
United States District Judge