IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMANE SMITH, | No. C 11-01634 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| VISA U.S.A. INC., | |
| Defendant. | |

The Court has dismissed plaintiff's complaint, and plaintiff has not filed an amended complaint. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ADJUDGED.**

Dated: August 23, 2011

SUSAN ILLSTON
United States District Judge